■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MATTHEW FLORES, Appellant. [635 NYS2d 37] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Hanophy, J.), imposed February 24, 1994, upon his conviction of robbery in the first degree, upon his plea of guilty, the sentence being $12^1/2$ to 25 years imprisonment.

Ordered that the sentence is modified, on the law, by reducing the minimum term of imprisonment to $8^1/2$ years; as so modified, the sentence is affirmed.

The defendant contends, and the People concede, that the

court erroneously imposed a sentence of 12$^1$/$_2$ to 25 years imprisonment rather than a sentence of 8$^1$/$_2$ to 25 years imprisonment. The defendant pleaded guilty to robbery in the first degree pursuant to subdivision (1) of Penal Law § 160.15 under count three of the indictment, a crime which is not an "armed felony" since neither the possession nor the display of a gun is a statutory element thereof (CPL 1.20 [41]; *People v Seifert,* 173 AD2d 655; *People v Ulses,* 132 AD2d 584). Accordingly, the minimum term of imprisonment should have been one-third, rather than one-half, of the maximum *(see,* Penal Law § 70.00 [3]; § 70.02 [4]; § 70.04 [4]; *People v Pena,* 192 AD2d 728). Mangano, P. J., Sullivan, Balletta, Santucci and Krausman, JJ.